UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CURTIS D. KIRCHBERG, ET AL. | CIVIL ACTION NO. 13-2552 |
| VERSUS | JUDGE ROBERT G. JAMES |
| THE CITY OF ALEXANDRIA, ET AL. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Complaint is hereby STRICKEN, and this matter is DISMISSED, in its entirety.

IT IS FURTHER ORDERED that the remaining motions [Doc. Nos. 11, 12, 14, & 28] are DENIED AS MOOT.

MONROE, LOUISIANA, this 24th day of November, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE